CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ramiro J. Cuadra,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Alejandro Mayorkas, in his official capacity as acting Secretary of Homeland Security; U.S. Department of Homeland Security; Tracy Renaud, in her official capacity as acting Director of U.S. Citizenship and Immigration Services; U.S. Citizenship and Immigration Services; the United States of America; and John Does I through XX, inclusive,<br><br>　　　　　Defendants. | Case No. 2:21-cv-00470-APG-VCF<br><br>**Order to Extend Deadlines (First Request)** |

Pursuant to Local Rules IA 6-1 and 26-4, Plaintiff Ramiro J. Cuadra, and Defendants, Alejandro Mayorkas, et al., through counsel, submit the following Stipulation to Extend Deadlines. This is the first request for an extension of case deadlines. The parties enter this stipulation because:

1. On March 23, 2021, Plaintiff filed his Complaint for Relief in the Nature of Mandamus (ECF No. 1).

2. The United States Attorney's Office for the District of Nevada was served on March 25, 2021.

3. Under Fed. R. Civ. P. 12(a)(2), Defendants' answer or other responsive pleading is currently due May 24, 2021.

4. The requested extension will provide Defendants additional time to consider Plaintiff's claims and potential resolutions thereto not necessitating further litigation.

5. Accordingly, the parties request that Defendants' answer or other responsive pleading be filed by **June 23, 2021**.

Respectfully submitted this 12th day of May 2021.

| REZA ATHARI & ASSOCIATES | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| */s/ Luther Snavely*<br>LUTHER SNAVELY<br>3365 Pepper Lane, Suite 102<br>Las Vegas, Nevada 89120 | */s/ Skyler H. Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney |
| *Attorney for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** May 12, 2021