CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| Ramiro J. Cuadra, | Case No. 2:21-cv-00470-APG-VCF |
| Plaintiff, | |
| v. | **Joint Status Report and Request to Continue the Stay of the Proceedings an Additional 60 Days** |
| Alejandro Mayorkas, in his official capacity as acting Secretary of Homeland Security; U.S. Department of Homeland Security; Tracy Renaud, in her official capacity as acting Director of U.S. Citizenship and Immigration Services; U.S. Citizenship and Immigration Services; the United States of America; and John Does I through XX, inclusive, | |
| Defendants. | |

The parties, by and through their respective counsel, hereby stipulate and jointly move the Court to continue to stay all deadlines an additional 60 days in this matter based on the following:

1.      On March 23, 2021, Plaintiff filed his Complaint for Relief in the Nature of Mandamus (ECF No. 1), requesting, among other things, that the Court issue a Writ of Mandamus compelling the United States Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-485 application.

2. The deadline for the Federal Defendants to answer or otherwise plead was June 23, 2021 (ECF No. 6).

3. On June 8, 2021, the parties stipulated to stay this case's proceedings (ECF No. 7). As part of the stipulation, the parties agreed to provide the Court with a joint status report 90 days after the entry of the Court's stay order (ECF No. 7 at 2).

4. On June 9, 2021, the Court granted the parties' stipulation (ECF NO. 8).

5. In accordance with the parties' stipulation and the Court's Order, the parties file this Joint Status Report and Stipulation to request an additional 60 days.

6. Due to Plaintiff's relocation from Las Vegas to Reno, the actions of the agency have been delayed longer than originally anticipated.

7. Notwithstanding the unexpected delay, USCIS continues to plan on setting an interview date and time for the adjudication of Plaintiff's I-485 application.

8. The USCIS's interview may resolve some or all of the issues raised in the complaint.

9. Accordingly, the parties request that the Court continue to stay this matter pending resolution or final adjudication of the Plaintiff's I-485 application. If the parties are able to resolve this matter, they will promptly file a stipulation of dismissal.

///
///
///
///
///
///
///
///
///
///

9.      If the parties are unable to resolve this matter and the case is not dismissed, the parties agree to file another joint status report 60 days after the entry of the Court's order on this stipulation.

Respectfully submitted this 7th day of September 2021.


REZA ATHARI & ASSOCIATES

/s/   Luther Snavely
LUTHER SNAVELY
3365 Pepper Lane, Suite 102
Las Vegas, Nevada 89120
*Attorney for Plaintiff*

CHRISTOPHER CHIOU
Acting United States Attorney


/s/ Skyler H. Pearson
SKYLER H. PEARSON
Assistant United States Attorney
*Attorneys for the United States*


**IT IS SO ORDERED:**


**UNITED STATES DISTRICT JUDGE**


**DATED:**  September 7, 2021